IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 4:90CV00060-F

| | |
|---|---|
| GEORGE C. MALPASS and FRANCES MALPASS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| ABEX CORPORATION, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**ORDER OF DISMISSAL**

THIS MATTER is before the Court upon joint stipulation of the parties for the Plaintiffs to dismiss all claims against the remaining Defendant Pneumo Abex LLC with prejudice.

It appears that good cause exists to permit Plaintiffs to so dismiss these actions against Defendant Pneumo Abex LLC with prejudice.

It is therefore ORDERED, ADJUDGED, and DECREED that the action of the Plaintiffs against the remaining Defendant is hereby dismissed with prejudice.

This Court shall retain jurisdiction to enforce this settlement.

This 22nd day of July, 2013.

Honorable J. Frederick Motz
United States District Judge